IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERRY RAND DESJARLAIS | : | |
| Plaintiff | : | |
| v | : | Civil Action No. WDQ-07-2231 |
| UNITED STATES GOVERNMENT, FLORIDA, OHIO, MICHIGAN, LOUISIANA, and WASHINGTON, D.C. | : : : | |
| Defendants | : | |

o0o

**MEMORANDUM**

The above captioned civil rights complaint was filed on August 22, 2007, together with a Motion to Proceed In Forma Pauperis. Because Plaintiff appears to be indigent, the motion shall be granted. For the reasons that follow, the Complaint must be dismissed.

Plaintiff alleges that scientific experiments were performed on him by the federal government during President Carter's administration. Paper No. 1 at p. 2. Plaintiff further alleges he was "child abused out of school, forced through lies to be a science [illegible] child and abused by Defamation of Character." *Id*. There is no allegation contained in the complaint which even if liberally construed, states a claim upon which relief may be granted. A complaint that is totally implausible or frivolous may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative).

Accordingly, by separate Order which follows, the Complaint shall be dismissed.

September 6, 2007                                              /s/
Date                                                  William D. Quarles, Jr.
                                                      United States District Judge